PARKVIEW HOLDING CORPORATION, Appellant, *v.* ALCOR
REALTY CORPORATION, Respondent.

(Submitted October 2, 1933; decided October 10, 1933.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements.   (See 262 N. Y.
586.)

In the Matter of JOHN O. NELSON, Appellant, against
CIVIL SERVICE COMMISSIONER et al., Respondents.

(Argued October 2, 1933; decided October 17, 1933.)

*John O. Nelson,* appellant, in person.

*Arthur J. W. Hilly, Corporation Counsel* (*Henry J.
Shields* and *J. Joseph Lilly* of counsel), for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN, HUBBS and CROUCH, JJ.